UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANGI ENERGY SYSTEMS, LLC,

    Plaintiff,

v.                                                                Case No: 8:16-mc-50-T-36TGW

JOSHUA J. GROETKEN,

    Defendant.

_____/

**O R D E R**

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Thomas G. Wilson on October 26, 2016 (Doc. 11).  In the Report and Recommendation, Magistrate Judge Wilson recommends that Plaintiff's Motion for Final Judgment on Continuing Writ of Garnishment (Doc. 8) be denied and that the Continuing Writ of Garnishment (Doc. 4) be dissolved due to a lack of jurisdiction.  All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1).  No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED**:

(1)    The Report and Recommendation of the Magistrate Judge (Doc. 11) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2)    Plaintiff's Motion for Final Judgment On Continuing Writ of Garnishment (Doc. 8) is **DENIED**.

(3)     The Continuing Writ of Garnishment Against Salary or Wages Directed to Garnishee Trustar Energy, LLC, issued on June 21, 2016, is hereby dissolved due to lack of jurisdiction.

(4)     The Clerk is directed to terminate all pending motions and close this file.

**DONE AND ORDERED** at Tampa, Florida on November 15, 2016.

Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Thomas G. Wilson
Counsel of Record